PS-8
8/88

# UNITED STATES DISTRICT COURT

for

## EASTERN DISTRICT OF NORTH CAROLINA
## WESTERN DIVISION

U.S.A. vs. Trellis P. WilliamsDocket No. 5:11-CR-323-1BO

**Sealed Petition for Action on Conditions of Pretrial Release**

COMES NOW Eddie J. Smith, probation officer of the court, presenting an official report upon the conduct of defendant, Trellis P. Williams, who was placed under pretrial release supervision by the Honorable James E. Gates, U.S. Magistrate Judge, sitting in the Court at Raleigh, NC, on the 8th day of November, 2011, under the following conditions:

- The defendant executes an unsecured bond binding the defendant to pay to the United States the sum of ten thousand dollars ($10,000) in the event of a failure to appear as required or surrender to serve any sentence imposed.

- The defendant is placed in the custody of Myrtice Harrell.

- Report to the U.S. Probation Officer as required.

- Obtain no passport.

- Abide by the following restrictions on personal association, place of abode, or travel: Eastern District of North Carolina.

- Avoid all contact, directly or indirectly, with any persons who are or who may become a victim or potential witness in the subject investigation or prosecution, including but not limited to: all co-defendants in the case.

- Refrain from possessing a firearm, destructive device, or other dangerous weapons.

- Refrain from use or unlawful possession of a narcotic drug or other controlled substances defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner.

- Submit to any testing required by the pretrial services office or the supervising officer to determine whether the defendant is using a prohibited substance. Any testing may be used with random frequency and include urine testing, the wearing of a sweat patch, a remote alcohol testing system, and/or any form of prohibited substance screening or testing. The defendant must refrain from obstructing or attempting to obstruct or tamper, in any fashion, with the efficiency and accuracy of any prohibited substance testing or monitoring which are required as a condition of release.

- Report as soon as possible to the supervising officer any contact with law enforcement personnel, including, but not limited to, any arrest, questioning, or traffic stop. Consent to a warrantless search by or at request of USPO of person and premises.

- Third-party custodian to reside at defendant's residence in Wade, N.C.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:** On November 15, 2011, the defendant submitted a urine sample that tested positive for cocaine and marijuana. When confronted with the results on November 28, 2011, Williams denied any drug use since being released from custody. He reported that he used marijuana prior to being arrested on November 1, 2011. He explained his positive test for cocaine was a result of him repackaging two ounces of cocaine that he possessed prior to being arrested for the instant offense. He reports upon his release, he retrieved the cocaine, repackaged it into two bags, and gave it to a friend.

**PRAYING THAT THE COURT WILL ORDER** that a warrant be issued for the defendant's arrest and that a hearing be scheduled to determine if the defendant's pretrial supervision should be revoked.

| Reviewed and approved, | I declare under penalty of perjury that the foregoing is true and correct. |
|---|---|
| /s/ Robert L. Thornton | /s/Eddie J. Smith |
| Robert L. Thornton<br>Supervising U.S. Probation Officer | Eddie J. Smith<br>U.S. Probation Officer<br>310 Dick Street<br>Fayetteville, NC 28301-5730<br>Phone: (910) 483-8613<br>Executed On: November 28, 2011 |

### ORDER OF COURT

Considered and ordered this __28th__ day of __November__, 2011, and ordered filed and made a part of the records in the above case.

/s/ James E. Gates
James E. Gates
United States Magistrate Judge