# UNITED STATES DISTRICT COURT

for

# EASTERN DISTRICT OF NORTH CAROLINA
# WESTERN DIVISION

U.S.A. vs. Trellis P. Williams                                                                 Docket No. 5:11-CR-323-1BO

## Petition for Action on Supervised Release

    COMES NOW Eddie J. Smith, probation officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Trellis P. Williams, who, upon an earlier plea of guilty to 18 U.S.C. §§ 1344(1) and (2), Bank Fraud, 18 U.S.C. § 1708, Possession of Stolen Mail, and 18 U.S.C. § 513(a), Making, Uttering, and Possessing a Forged Check, was sentenced by the Honorable Terrence W. Boyle, U.S. District Judge, on June 15, 2012, to the custody of the Bureau of Prisons for a term of 8 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for 36 months under the standard conditions adopted by the court.

    Trellis P. Williams was released from custody on July 23, 2012, at which time the term of supervised release commenced.

### RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

    The defendant tested positive for cocaine on August 13, 2012. When confronted with the results, the defendant signed an admission acknowledging his use of cocaine on August 12, 2012. In order to enroll the defendant is substance abuse counseling and the Surprise Urinalysis Program, we are recommending that the conditions of supervision be modified to include a drug aftercare condition.

    The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

    **PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

    The defendant shall participate as directed in a program approved by the probation office for the treatment of narcotic addiction, drug dependency, or alcohol dependency which will include urinalysis testing or other drug detection measures and may require residence or participation in a residential treatment facility.

Trellis P. Williams
Docket No. 5:11-CR-323-1BO
Petition For Action
Page 2

Except as herein modified, the judgment shall remain in full force and effect.

Reviewed and approved,

/s/ Robert L. Thornton
Robert L. Thornton
Supervising U.S. Probation Officer

I declare under penalty of perjury that the foregoing is true and correct.

/s/ Eddie J. Smith
Eddie J. Smith
U.S. Probation Officer
310 Dick Street
Fayetteville, NC 28301-5730
Phone: (910) 483-8613
Executed On: August 13, 2012

## ORDER OF COURT

Considered and ordered this  13  day of  August , 2012, and ordered filed and made a part of the records in the above case.

_____
Terrence W. Boyle
U.S. District Judge