# UNITED STATES DISTRICT COURT

for

## EASTERN DISTRICT OF NORTH CAROLINA
## WESTERN DIVISION

U.S.A. vs. Trellis P. Williams            Docket No. 5:11-CR-323-1BO

### Petition for Action on Supervised Release

COMES NOW Eddie J. Smith, probation officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Trellis P. Williams, who, upon an earlier plea of guilty to 18 U.S.C. §§ 1344(1) and (2), Bank Fraud, 18 U.S.C. § 1708, Possession of Stolen Mail, and 18 U.S.C. § 513(a), Making, Uttering, and Possessing a Forged Check, was sentenced by the Honorable Terrence W. Boyle, U.S. District Judge, on June 15, 2012, to the custody of the Bureau of Prisons for a term of 8 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for 36 months under the standard conditions adopted by the court.

Trellis P. Williams was released from custody on July 23, 2012, at which time the term of supervised release commenced. On August 13, 2012, in response to the defendant's use of cocaine, the court modified the conditions of supervision to include the following:

> The defendant shall participate as directed in a program approved by the probation office for the treatment of narcotic addiction, drug dependency, or alcohol dependency which will include urinalysis testing or other drug detection measures and may require residence or participation in a residential treatment facility.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:** On April 15, 2013, the defendant submitted a urine sample that tested positive for cocaine. When confronted with the results, he signed an admission acknowledging his use of cocaine on or about April 4, 2013. As a result of this use, drug testing will be increased and the defendant will be continued in substance abuse counseling.

As a condition of supervised release, the defendant was ordered to pay restitution in the amount of $11,308.93 and a $300 special assessment at a rate of $50 per month commencing 60 days after his release from custody. As of this date, he has made no payments despite having some ability to pay. We will continue efforts to collect the required monetary obilgations.

Since his release from custody, the defendant has failed to report for numerous office visits and urine samples as directed. The defendant has been warned that continued noncompliance will result in a request for a revocation hearing. In an effect to gain compliance, we are recommending that the conditions of supervision be modified to include 90 days of home detention with electronic monitoring.

The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

Trellis P. Williams
Docket No. 5:11-CR-323-1BO
Petition For Action
Page 2

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

The defendant shall abide by all conditions and terms of the home detention program for a period not to exceed 90 consecutive days. The defendant shall be restricted to his residence at all times except for pre-approved and scheduled absences for employment, education, religious activities, treatment, attorney visits, court appearances, court obligations or other activities as approved by the probation officer. The defendant shall wear an electronic monitoring device and follow electronic monitoring procedures specified by the probation officer.

Except as herein modified, the judgment shall remain in full force and effect.

| | |
|---|---|
| Reviewed and approved, | I declare under penalty of perjury that the foregoing is true and correct. |
| /s/ Robert K. Britt | /s/ Eddie J. Smith |
| Robert K. Britt | Eddie J. Smith |
| Senior U.S. Probation Officer | U.S. Probation Officer |
| | 310 Dick Street |
| | Fayetteville, NC 28301-5730 |
| | Phone: (910) 483-8613 |
| | Executed On: April 16, 2013 |

### ORDER OF COURT

Considered and ordered this __16__ day of __April__, 2013 and ordered filed and made a part of the records in the above case.

_____
Terrence W. Boyle
U.S. District Judge